Verified Correct Copy of Original 6/13/2014.

1
2
3          IN THE CIRCUIT COURT OF THE STATE OF OREGON
4               FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| JESSICA GESSELE, ASHLEY ORTIZ, NICOLE GESSELE, TRICIA TETRAULT, CHRISTINA MAULDIN and JASON DIAZ, both on behalf of themselves individually and, in addition, on behalf of the other similarly situated employees, <br><br>                   Plaintiffs, <br><br>    vs. <br><br>JACK IN THE BOX INC., a Delaware corporation doing business in Oregon as "Jack In The Box Inc. A Corporation Of Delaware," <br><br>                 Defendant. | Case No. 14CV06380 <br><br>SUMMONS |

### NOTICE TO DEFENDANT:
### READ THESE PAPERS
### CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

DATED this 9th day of June, 2014            JON M. EGAN, P.C.


Jon M. Egan, OSB #002467
Attorney for Plaintiffs

Page 1 – SUMMONS

JON M EGAN, PC
240 SIXTH STREET
LAKE OSWEGO, OR 97034-2931
TELEPHONE (503) 697-3427 • FAX (866) 311-5629
INFO@EGANLEGALTEAM.COM