UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JESSICA GESSELE, ASHLEY ORTIZ,
NICOLE GESSELE, TRICIA
TETRAULT, and CHRISTINA
MAULDIN, on behalf of themselves and
all others similarly situated,

No. 3:14-CV-01092-HZ

Plaintiffs,

VERDICT FORM

v.

JACK IN THE BOX, INC., a corporation
of Delaware,

Defendant.

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously
find as follows:

I.    Class Claims for WBF

1.    On what date do you find the prejudgment interest on the WBF claim begins to
run?

10/31/2011

2.    Do you find some class members were not paid minimum wages, not paid
sufficient overtime, and/or received late payment of final wages due to a WBF over-deduction?

X Yes _____ No

1 – VERDICT FORM

*If you answered yes, proceed to question 3.  If you answered no, proceed to question 4.*

      3.     Identify the amount of penalty wages, if any, class members have established for the WBF claim.

                 Minimum wage      $ 2,692,452.00

                 Overtime              $ 905,368.80

                 Late Final Paycheck  $ ~~38,367.~~     1,705,748.50 *KAH*
                                      ~~38,370.32~~

*Proceed to question 4.*

II.     Class Claim for Franchise Transition

      4.     Identify the amount of penalty wages, if any, Plaintiffs have established for class members who received a late final paycheck after their restaurant was transferred to a franchise operator.

              $ 38,370.32

*Proceed to question 5.*

III.    Class Claim for Unjust Enrichment and Money Had and Received

      5.     On Plaintiffs' claim for unjust enrichment do you find for the Plaintiffs?

              __X__ Yes      _____ No

*Proceed to question 6.*

      6.     On Plaintiffs' claim for money had and received do you find for the Plaintiffs?

         *KAH* __X__ Yes    ~~X~~ No

*Proceed to question 7.*

IV.    Individual Claim for Shoe Deductions

      7.     Did Defendant prove the individual Plaintiff authorized her shoe deductions in writing?

              Jessica Gessele: *KAH* __X__ Yes  ~~No~~

              Ashley Ortiz: *KAH* __X__ Yes  ~~No~~

2 – VERDICT FORM

Nicole Gessele:        __X__ Yes    __X__ No

Tricia Tetrault:       __X__ Yes    __X__ No

Christina Peacock:     __X__ Yes    __X__ No

*If you answered no to a part of question 7, proceed to question 8.  If you answered yes, proceed to question 9.*

8.    Specify the amount of statutory damages, if any, to be awarded to each Plaintiff who Defendant did not establish authorized her shoe deductions in writing.

Jessica Gessele:      $ __∅__

Ashley Ortiz:         $ __∅__

Nicole Gessele:       $ __∅__

Tricia Tetrault:      $ __∅__

Christina Peacock:    $ __∅__

*Proceed to question 9.*

9.    Do you find Plaintiff was not paid minimum wages, not paid sufficient overtime, and/or received late payment of final wages due to an improper shoe deduction and/or a WBF violation?

Jessica Gessele:       __X__ Yes    _____ No

Ashley Ortiz:          __X__ Yes    _____ No

Nicole Gessele:        __X__ Yes    _____ No

Tricia Tetrault:       __X__ Yes    _____ No

Christina Peacock:     __X__ Yes    _____ No

*If you answered yes to a part of question 9, proceed to question 10.  If you answered no, proceed to question 11.*

10.    Specify the penalty wages, if any, for each Plaintiff who has proved she was not paid minimum wage, not paid sufficient overtime, or not paid all final wages on termination due to an improper shoe deduction and/or a WBF violation.

Jessica Gessele:       $ 4,740.00

3 – VERDICT FORM

Ashley Ortiz:        $ 3880.80

Nicole Gessele:      $ 4,752.00

Tricia Tetrault:     $ 1,980.00

Christina Peacock:   $ 5,760.00

*Proceed to question 11.*

V.    Individual Break Period Claims

11.    On her individual break claim do you find for Plaintiff?

Jessica Gessele:     ___X___ Yes _____ No

Ashley Ortiz:        ___X___ Yes _____ No

Nicole Gessele:      ___X___ Yes _____ No

Tricia Tetrault:     ___X___ Yes _____ No

Christina Peacock:   ___X___ Yes _____ No

*If you answered yes to a part of question 11, proceed to question 12. If you answered no to all parts of question 11, sign and date this Verdict Form.*

12.    What is the amount of lost wages, if any, owed to each Plaintiff on her individual break claim?

Jessica Gessele:     $ 232.07

Ashley Ortiz:        $ 91.10

Nicole Gessele:      $ 230.10

Tricia Tetrault:     $ 74.50

Christina Peacock:   $ 71.90

*Proceed to question 13.*

13.    Specify the penalty wages, if any, for each Plaintiff on her individual break claim.

Jessica Gessele:     $ 2,460.00

4 – VERDICT FORM

Ashley Ortiz:         $ 1,984.80

Nicole Gessele:       $ 2,376.00

Tricia Tetrault:      $ 1,980.00

Christina Peacock:    $ 2,880.00

The Presiding Juror should sign and date this Verdict Form.

Dated this 24 day of October, 2022.

PRESIDING JUROR

5 – VERDICT FORM