AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     OREGON

| | |
|---|---|
| Jessica Gessele, et al<br>V.<br>Jack In The Box | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 3:14-cv-01092-HZ |

| PRESIDING JUDGE<br>Marco A. Hernandez | PLAINTIFF'S ATTORNEY<br>Jon Egan & Jim Vogele | DEFENDANT'S ATTORNEY<br>Parker, Symes, Maher & St. Clair |
|---|---|---|
| TRIAL DATE (S)<br>10/17/2022 - 10/24/2022 | COURT REPORTER<br>Kellie Humiston & Ryan White | COURTROOM DEPUTY<br>Jennifer Paget |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/17/2022 | | | Plaintiff opening statement (12:43-1:09) Defense opening (1:09-1:35) |
| X | | | | | Syvia De Chandt video deposition designation (1:37 - 1:41, 2:18 - 2:20 ) |
| X | | | | | Barbara Klysek video deposition designation (1:41 - 1:45) |
| X | | | | | Donna Basham video deposition designation (1:45 - 1:46, 2:11 - 2:18) |
| X | | | | | Gene James video deposition designation (1:46 - 2:11; 2:20 - 2:23; 2:29 - 2:32) |
| X | | | | | Wendy Sanderlin video deposition designation (2:23 - 2:27) |
| X | | | | | Raymond Pepper video deposition designation (2:27 - 2:29) |
| X | | | | | Susan Pettyjohn video deposition designation (2:32 - 2:40; 3:00 - 3:03) |
| X | | | | | Jeffrey Tennant video deposition designation (3:03 - 3:08) |
| X | | | | | Jessica Gessele (D: 3:09 - 3:23; C: 3:23 - 3:49; RD: 3:49 - 3:50) |
| 1 | | | X | X | One pair Shoes for Crews® Freestyle shoes —Physical exhibit— |
| 2 | | | X | X | One pair Shoes for Crews® Crewguard™ overshoes —Physical exhibit— |
| X | | | | | Ashley Ortiz (D: 3:51 - 3:55; C: 3:55 - 4:22; rd: 4:22 - 4:23) |
| | 511 | | X | X | Fall 2009 Shoes for Crews Catalog. JITB 103368-103387 |
| X | | | | | Tricia Tetrault (D: 4:23 - 4:29; C: 4:29 - 4:40) |
| X | | | | | Nicole Gessele (D: 4:41 - 4:46; C: 4:46 - 4:58) |
| X | | 10/18/2022 | | | Jennifer Murphy 104 hearing [outside the presence of the jury] (D: 8:40 - 9:28, C: 9:28 - 10:17; RD: 10:17 - 10:18) |
| X | | | | | Sylvia De Chandt video deposition designation (10:34 - 10:36; 10:53 - 10:58) |
| X | | | | | Jeff Tennant video deposition designation (10:36 - 10:49) |
| X | | | | | Donna Basham video deposition designation (10:49 - 10:53) |
| X | | | | | Dianne Evans video deposition designation (10:58 - 11:03) |
| X | | | | | Shelly Rohlfs video deposition designation (11:03 - 11:10) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Gessele | vs. | Jack In The Box | CASE NO. 3:14-cv-01092-HZ |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/18/2022 | | | Chrsitina Peacock (via video) (D: 11:10 - 11:20; C: 11:20 - 11:39; RD: 11:39 - 11:42) |
| X | | 10/19/2022 | | | Jennifer Murphy (D: 9:03 - 9:53; C: 9:53 - 10:33; 10-46-10:53; RD: 10:53 - 10:55) |
| | 532 | | X | X | Sequel Programming codes |
| | 531 | | X | X | Statutory damages spreadsheet |
| 31 | | | X | X | Summary document: showing unpaid breaks of plaintiffs (i.e., more than 20 but less than 30 minutes) |
| | | | | | 10:55 Plaintiff's rest |
| | | | | | Defendant JMOL motion 10:56 - 11:10; Plaintiff Response: 11:10 - 11:18 - Court ruling |
| | X | 10/20/2022 | | | Susan Pettijohn (D: 9:26 - 9:59; C: 9:59 - 10:06) |
| | 501 | | X | X | November 1, 2007 Corporate Policy: Rest Periods and Meal Periods. JITB 100215-100217 |
| | 502 | | X | X | October 2007 Uniform, Appearance and Grooming. JITB 100293-100298 |
| | 513 | | X | X | July 19, 2005 Crew On-Boarding Re Shoes. JITB 102812 |
| | 511 | | X | X | Fall 2009 Shoes for Crews Catalog. JITB 103368-103387 |
| | 510 | | X | X | Shoes For Crews Order Form. JITB 106961-106962 |
| 32 | | | X | X | On Duty Meal Policy agreements |
| | X | | | | Jeffrey Tennant (D: 10:08 - 10:48; 11:04 - 11:13; C: 11:13 - 11:17; RD: 11:17 - 11:18) |
| | 501 | | X | X | November 1, 2007 Corporate Policy: Rest Periods and Meal Periods. JITB 100215-100217 |
| | 502 | | X | X | October 2007 Uniform, Appearance and Grooming. JITB 100293-100298 |
| 32 | | | X | X | On Duty Meal Policy agreements |
| | X | | | | Donna Basham deposition via a reader (11:19 - 11:29) |
| | X | | | | Gene James (D: 1:00 - 1:45; C: 1:45 - 1:53) |
| | 506 | | X | X | Jack's New Safety Program (Undated) |
| | 507 | | X | X | January 2003 Safety Program Rollout |
| | 511 | | X | X | Fall 2009 Shoes for Crews Catalog. JITB 103368-103387 |
| | 1 | | X | X | One pair Shoes for Crews® Freestyle shoes —Physical exhibit— |
| | 2 | | X | X | One pair Shoes for Crews® Crewguard™ overshoes —Physical exhibit— |
| | X | | | | Sylvia De Chandt deposition via a reader (1:53 - 2:02) |
| | X | | | | Dianne Evans deposition via a reader (2:02 - 2:04) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Gessele | vs. | Jack In The Box | CASE NO. 3:14-cv-01092-HZ |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | X | 10/20/2022 | | | Shelly Rohlfs deposition designation via reader (2:04 - 2:23) |
| | | | | | No more witnesses today @ 2:23 |
| | X | 10/21/2022 | | | Wendy Sanderlin 104 heairng re Ex. 508 & 509 (9:05 - 9:16) |
| | 509 | | X | X | Ptf Objection overruled |
| | 508 | | X | X | Ptf Objection overruled |
| | X | | | | Wendy Sanderlin (D: 9:19 - 9:55; C: 9:55 - 10:00; RD: 10:00 - 10:02) |
| | 509 | | X | X | Shoes for Crews Invoices |
| | 508 | | X | X | Shoe deduction -- Lawson print screen |
| 30 | | | X | X | Pay records for plaintiffs |
| 20 | | | X | X | Workers' Benefit Fund correspondence with State of Oregon |
| | | | | | Defense rests at 10:03 |
| | | | | | No rebuttal |
| | | 10/24/2022 | | | Closing argument  (P: 9:02 - 954; D: 10:07-11:18; PR: 11:18-11:19) |
| | | | | | Jury Instructed (11:19-12:02) |
| | | | | | Verdict (2:48-3:15) |

United States District Court
Exhibits Log: 3:14-CV-01092-HZ
Gessele, et al v. Jack In the Box, 10/17/2022

Pla-1: Shoes (physical exhibit) & Pla-2: CrewGuard (physical exhibit)

Plaintiff: [signature] 10/21/22

> returned to Plf 10/24/22

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-5 | Shoes for Crews catalog |
| Pla-6 | Safety Program |
| Pla-11 | Looking Good CBT Script 71905 |
| Pla-12 | Looking Good CBT Script 62011 |
| Pla-13 | Looking Good CBT Script 2504 |
| Pla-20 | Workers Benefit Fund correspondence with State of Oregon |
| Pla-21 | Oregon DCBS WBF Assessment Guide |
| Pla-22-A | Emil Czechowski expert report (final stipulated redacted version) |
| Pla-25 | Uniform Policy 21705 |
| Pla-26 | Uniform Policy 1007 |
| Pla-28 | Uniform Policy 61708 |
| Pla-29 | Time records for plaintiffs |
| Pla-30 | Pay records for plaintiffs |
| Pla-31 | Summary of plaintiffs unpaid breaks |
| Pla-32 | On-Duty Meal Policy agreements |
| Pla-35 | Shoes for Crews subpoena response |
| Pla-36 | Keuka subpoena response |
| Pla-37 | Precision Testing Laboratories subpoena response |
| Pla-38 | Precision Testing Laboratories results |
| Pla-39 | Summary of franchise transfer dates |
| Def-501 | Break policy |
| Def-502 | Uniform policy |
| Def-503 | SFC order form |
| Def-504 | SFC order form - color |
| Def-505 | SFC catalog |
| Def-506 | Safety program |
| Def-507 | Safety rollout |
| Def-508 | Pltfs shoe purchases ✓ |
| Def-509 | SFC invoices |
| Def-510 | Payroll deduction form |
| Def-511 | Shoe that grips - color |
| Def-512 | Shoe that grips - bw |
| Def-513 | On-boarding slips and falls 2005 |
| Def-514 | On-boarding slips and falls 2011 |
| Def-515 | J Gessele promotion |
| Def-531 | Statutory damages spreadsheet |
| Def-532 | Sequel programming codes |

Defendant: [signature] 10/21/22

United States District Court
Exhibits Log: 3:14-CV-01092-HZ
Gessele, et al v. Jack In the Box, 10/17/2022

Pla-1: Shoes (physical exhibit) & Pla-2: CrewGuard (physical exhibit)

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-5 | Shoes for Crews catalog |
| Pla-6 | Safety Program |
| Pla-11 | Looking Good CBT Script 71905 |
| Pla-12 | Looking Good CBT Script 62011 |
| Pla-13 | Looking Good CBT Script 2504 |
| Pla-20 | Workers Benefit Fund correspondence with State of Oregon |
| Pla-21 | Oregon DCBS WBF Assessment Guide |
| Pla-22-A | Emil Czechowski expert report (final stipulated redacted version) |
| Pla-25 | Uniform Policy 21705 |
| Pla-26 | Uniform Policy 1007 |
| Pla-28 | Uniform Policy 61708 |
| Pla-29 | Time records for plaintiffs |
| Pla-30 | Pay records for plaintiffs |
| Pla-31 | Summary of plaintiffs unpaid breaks |
| Pla-32 | On-Duty Meal Policy agreements |
| Pla-35 | Shoes for Crews subpoena response |
| Pla-36 | Keuka subpoena response |
| Pla-37 | Precision Testing Laboratories subpoena response |
| Pla-38 | Precision Testing Laboratories results |
| Pla-39 | Summary of franchise transfer dates |
| Def-501 | Break policy |
| Def-502 | Uniform policy |
| Def-503 | SFC order form |
| Def-504 | SFC order form - color |
| Def-505 | SFC catalog |
| Def-506 | Safety program |
| Def-507 | Safety rollout |
| Def-508 | Pltfs shoe purchases |
| Def-509 | SFC invoices |
| Def-510 | Payroll deduction form |
| Def-511 | Shoe that grips - color |
| Def-512 | Shoe that grips - bw |
| Def-513 | On-boarding slips and falls 2005 |
| Def-514 | On-boarding slips and falls 2011 |
| Def-515 | J Gessele promotion |
| Def-531 | Statutory damages spreadsheet |
| Def-532 | Sequel programming codes |